SO ORDERED.

Dated: July 20, 2021

Daniel P. Collins, Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>GLENN STEVEN FERRIS,<br><br>and<br><br>WENDY ANN FERRIS,<br><br><br><br>Debtors. | In Proceedings Under Chapter 13<br><br>Case No. 2:20-bk-08691-DPC<br><br>**ORDER APPROVING FIRST APPLICATION TO APPOINT SPECIAL COUNSEL; AND FOR APPROVAL OF SETTLEMENT OF PERSONAL INJURY CLAIM AND PAYMENT OF FEES AND COSTS OF SPECIAL COUNSEL FOR TRUSTEE** |

The Court, having received no objections to the Trustee's First Application To Appoint Special Counsel; And For Approval of Settlement of Personal Injury Claim and Payment of Fees and Costs of Special Counsel:

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

(1) Tyler Sorensen, Esq. of Breyer Law Offices, ("Special Counsel"), to represent them in a personal injury matter on a contingency fee

(2) Approving the settlement as to the adverse party's insurance carrier as follows:

(a) Approving the total gross recovery in the amount of $25,000.00;

(b) Approving the fees of special counsel in the amount of $8,333.33;

(c) Approving the costs of special counsel in the amount of $407.75;

(d) Approving payment of the Equian Medical Lien in the amount of $1,070.11;

(e) Approving the payment of the remainder of the funds in the amount of $15,188.81 to the Estate to be paid out first on priority unsecured claims, then on general unsecured claims, and if a balance remains after payment of all allowed unsecured claims, the remainder of the funds shall be treated as advanced plan payments, after deductions for administrative Trustee fees. If the Estate receives any additional settlement proceeds in excess of the $15,188.81 from the settlement with the adverse party's insurance carrier, they shall be paid out first on priority unsecured claims and then on general unsecured claims, after deductions for administrative Trustee fees.

**SIGNED AND DATED ABOVE**